UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT T. WHITE,

    Plaintiff,

vs.

Case No. 08-CV-11031
HON. GEORGE CARAM STEEH

INTERNATIONAL MARINE & AUTO
INVESTMENTS, INC., f/k/a
National Marine Investments,
GLOBAL FINANCIAL NETWORK, LLC,
KAREN THOMAS GEBELL, a/k/a
Karen Thomas a/k/a K. T. Thomas, and
CHARLES V. GEBELL, a/k/a Chuck Anthony,

    Defendants.

_____/

## ORDER DISMISSING MARCH 12, 2008 SHOW CAUSE ORDER (#2)

On March 12, 2008, the several defendants were ordered to show cause by March 26, 2008 why this case should not be dismissed for lack of federal subject matter jurisdiction in the absence of allegations sufficient to ascertain the defendants' citizenship and thus establish complete diversity. See 28 U.S.C. § 1332(a)(1), (c)(1) and JP Morgan Chase Bank v. Traffic Steam (BVI) Infrastructure Ltd., 536 U.S. 88, 91 (2002). Defendants filed a timely response on March 12, 2008 affirmatively stating that plaintiff is a resident of Vermont, defendant International Marine & Auto Investments, Inc. is a Michigan corporation with its principal place of business in Michigan, Global Financial Network, LLC's members are defendants Karen Gebell and Charles Gebell, and the defendant Gebells are citizens of Michigan. Defendants have thus demonstrating that complete diversity exists in this lawsuit. See Owen Equipment and Erection Co. v. Kroger, 437 U.S. 365, 373 (1978). Accordingly,

The court's March 12, 2008 order requiring the defendants to show cause why this matter should not be dismissed for lack of subject matter jurisdiction is hereby DISMISSED.

SO ORDERED.

Dated: March 18, 2008

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on March 18, 2008, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk